IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PHALANZA S. FRANCISCO                                                                    PLAINTIFF

v.                                        Case No. 4:19-cv-4058

COOPER TIRE & RUBBER COMPANY                                                DEFENDANT

## AMENDED ORDER

On February 5, 2021, this Court entered an Order granting Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment. (ECF No. 45). The Court gave Plaintiff twenty-one (21) days from the entry of that Order to respond to Defendant's Motion for Summary Judgment.

The Court now amends that Order to reflect Plaintiff's request that he be given twenty-one (21) days from the entry of the Court's ruling on his Motion for Entry of Second Amended Final Scheduling Order (ECF No. 46) to file his response to Defendant's Motion for Summary Judgment. Plaintiff's response to Defendant's Motion for Summary Judgment is now due twenty-one (21) days after the entry of the Order ruling on Plaintiff's Motion for Entry of Second Amended Final Scheduling Order. (ECF No. 46).

**IT IS SO ORDERED**, this 8th day of February, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge