IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PHALANZA S. FRANCISCO                                                                                    PLAINTIFF

v.                                            Case No. 4:19-cv-04058

COOPER TIRE & RUBBER COMPANY                                                              DEFENDANT

## ORDER

Before the Court is Separate Defendant Cooper Tire & Rubber Company's Motion for Leave to File Under Seal. (ECF No. 39). Defendant requests that the Court file Defendant's Exhibit A to its Motion for Summary Judgment under seal. Defendant states that this exhibit includes documents from Plaintiff's employment file, sexual-harassment-complaint investigation, and Cooper Tire's internal policies. Upon consideration, the Court finds that the motion (ECF No. 39) should be and hereby is **GRANTED**. Defendant Cooper Tire shall provide the clerk with an electronic copy of the documents to be filed under seal. The Clerk is directed to file these documents and restrict their access to the case participants only.

**IT IS SO ORDERED**, this 8th day of March, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge